BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) 2:13-MJ-0245-DAD
)
       Plaintiff, )
) STIPULATION AND ORDER
  v. ) CONTINUING PRELIMINARY HEARING
) DATE
ROBERT FAIRBANKS, )
)
) Judge: Hon. Edmund F. Brennan
       Defendant. )
)
)

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. At the defendant's initial appearance on August 13, 2013, this matter was set for a Preliminary Hearing on September 5, 2013.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until October 4, 2013, at 2:00 p.m.

///

///

///

Stipulation to Continue       1       United States v. Fairbanks

3. The parties have discussed a potential pre-indictment resolution of this matter. The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.
4. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: September 4, 2013      /s/ Justin L. Lee
                              JUSTIN L. LEE
                              Assistant U.S. Attorney

DATED: September 4, 2013      /s/ Peter Kmeto
                              PETER KMETO
                              Attorney for Robert Fairbanks
                              (as authorized on September 3, 2013)

**ORDER**

IT IS SO FOUND AND ORDERED, this 5th day of September, 2013.

*[signature]*

Hon. EDMUND F. BRENNAN
United States Magistrate Judge