BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-MJ-0245-DAD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER ) CONTINUING PRELIMINARY HEARING ) DATE |
| ROBERT FAIRBANKS, | ) |
| Defendant. | ) Judge: Hon. Edmund F. Brennan ) ) |

**<u>STIPULATION</u>**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on November 15, 2013.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until January 17, 2014, at 2:00 p.m.
3. The defendant is presently out of custody and being supervised by a Pretrial Services Officer.

///

Stipulation to Continue     1     United States v. Fairbanks

4. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.
5. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: November 13, 2013    /s/ Justin L. Lee
                            JUSTIN L. LEE
                            Assistant U.S. Attorney

DATED: November 13, 2013    /s/ Peter Kmeto
                            PETER KMETO
                            Attorney for Robert Fairbanks
                            (as authorized on November 13, 2013)

### ORDER

IT IS SO FOUND AND ORDERED, this 13th day of November, 2013.

Hon. EDMUND F. BRENNAN
United States Magistrate Judge